IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

R. J. REYNOLDS TOBACCO
COMPANY,

      Appellant,

v.

HELEN TAYLOR,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5858

_____/

Opinion filed October 20, 2015.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

William L. Durham II, Val Leppert, Chad A. Peterson, and Jason E. Keehfus of King
& Spalding LLP, Atlanta, GA; Robert B. Parrish, David C. Reeves, and Jeffrey A.
Yarbrough of Moseley, Prichard, Parrish, Knight & Jones, Jacksonville; Cory
Hohnbaum of King & Spalding LLP, Charlotte, NC, for Appellant.

John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee; John S.
Kalil of Law Offices of John S. Kalil, P.A., Jacksonville; Leslie Bryan and Robert
Shields of Deffermyre, Shields, Canfield & Knowles, LLC, Atlanta, GA, for
Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.